United States District Court
for the District of New Jersey

_____ :
: 
**DENNIS CORBISIERO** :
: Civil No. 09-975
Plaintiff :
: Order of Reassignment
**LEICA MICROSYSTEMS, INC., ET AL.** :
:
Defendant :
_____ :

It is on this 1st day of June 2009,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Joseph A. Greenaway.


                S/Garrett E. Brown, Jr.
                Garrett E. Brown, Jr., Chief Judge
                United States District Court